COPY

1 | LEWIS BRISBOIS BISGAARD & SMITH LLP
STEPHEN H. TURNER, SB# 89627
2 |   E-Mail: turner@lbbslaw.com
PATRIK JOHANSSON, SB# 231769
3 |   E-Mail: johansson@lbbslaw.com
221 North Figueroa Street, Suite 1200
4 | Los Angeles, California 90012
Telephone: 213.250.1800
5 | Facsimile: 213.250.7900

6 | Attorneys for Defendant AFNI, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

CHERLYNN KEITHLEY,

    Plaintiff,

vs.

AFNI, INC.

    Defendant.

CASE NO.: EDCV12-1358 VAP(OPx)

**NOTICE OF REMOVAL**

Trial Date: None Set

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant AFNI, INC. ("AFNI") hereby removes to this Court the state court action described below:

1. On June 28, 2012, an action was commenced in the Superior Court of California, County of San Bernardino, entitled *Cherlynn Keithley v. Afni, Inc.*, County of San Bernardino Superior Court Case No. CIVVS 1203078. A true and correct copy of Plaintiff's Complaint in the *Cherlynn Keithley v. Afni, Inc.* action is attached hereto as Exhibit "A."

2. AFNI was served with said Complaint on July 17, 2012. Attached hereto as Exhibit "B" is a true and correct copy of CT Corporation's Service of Process Transmittal reflecting a service date of July 17, 2012.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by AFNI

4835-8717-8000.1

NOTICE OF REMOVAL

pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under the Fair Debt Collection Practices Act ("FDCPA"") 15 U.S.C. § 1692, et seq.

4.   There are no other defendants named in the Complaint.

DATED: August 15, 2012

STEPHEN H. TURNER
PATRIK JOHANSSON
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Patrik Johansson
Attorneys for Defendant AFNI, INC.

# EXHIBIT "A"

1 | Todd M. Friedman (216752)
2 | Nicholas J. Bontrager (252114)
  | Suren N. Weerasuriya (278521)
3 | Law Offices of Todd M. Friedman, P.C.
  | 369 S. Doheny Dr. #415
4 | Beverly Hills, CA 90211
5 | Phone: 877-206-4741
  | Fax: 866-633-0228
6 | Attorneys for Plaintiff

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
VICTORVILLE DISTRICT

JUN 28 2012

BY _____
VANESKA DIEDERICH, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF SAN BERNARDINO
## LIMITED JURISDICTION

Case No. CIVVS 1203078

CHERLYNN KEITHLEY,

Plaintiff,

vs.

AFNI, INC.,

Defendant.

) COMPLAINT FOR VIOLATION
) OF ROSENTHAL FAIR DEBT
) COLLECTION PRACTICES ACT AND
) FEDERAL FAIR DEBT COLLECTION
) PRACTICES ACT
)
) (Amount not to exceed $10,000)
)
)   1. Violation of Rosenthal Fair Debt
)      Collection Practices Act
)   2. Violation of Fair Debt Collection
)      Practices Act

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA"), both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

Complaint - 1

## II. PARTIES

2. Plaintiff, Cherlynn Keithley ("Plaintiff"), is a natural person residing in San Bernardino county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

3. At all relevant times herein, Defendant, AFNI, Inc. ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## III. FACTUAL ALLEGATIONS

4. At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

5. Defendant sent a letter to Plaintiff dated January 19, 2012, regarding an alleged debt for a Verizon account. However, that account had been settled by Plaintiff in March, 2010.

6. On January 25, 2012, upon receipt of Defendant's letter, Plaintiff called Defendant to advise that the account had been paid off. However, Defendant told Plaintiff that Verizon had sent the account to collections in November, 2011.

7. On February 14, 2012, Plaintiff's counsel sent a letter to Defendant to dispute the debt. On March 6, 2012, Defendant responded to state that the account was still owed in the amount of $285.59, despite Plaintiff's dispute.

8. Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

   a) Communicating or threatening to communicate credit information which is known or which should be known to be false (§1692e(8));

   b) Threatening to take an action against Plaintiff that cannot be legally taken or that was not actually intended to be taken (§1692e(5));

   c) Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff (§1692e(10);

   d) Falsely representing the character, amount, or legal status of Plaintiff's debt (§1692e(2)(A));

   e) Using unfair or unconscionable means against Plaintiff in connection with an attempt to collect a debt (§1692f));

   f) Collecting an amount from Plaintiff that is not expressly authorized by the agreement creating the debt (§1692f(1)); and

   g) Collecting an amount from Plaintiff that is not permitted by law (§ 1692f(1)).

9. As a result of the above violations of the FDCPA and RFDCPA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

10. Plaintiff reincorporates by reference all of the preceding paragraphs.

11. To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

    A.  Actual damages;
    B.  Statutory damages for willful and negligent violations;
    C.  Costs and reasonable attorney's fees; and
    D.  For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

12.  Plaintiff reincorporates by reference all of the preceding paragraphs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

    A.  Actual damages;
    B.  Statutory damages;
    C.  Costs and reasonable attorney's fees; and,
    D.  For such other and further relief as may be just and proper.

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 25th day of June, 2012.

By: _____
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Complaint - 4

7/17/12
2:52 AM
AP

**SUM-100**

## SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

AFNI, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CHERLYNN KEITHLEY

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
VICTORVILLE DISTRICT

JUN 28 2012

BY _____
VANESKA DIEDERICH, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of San Bernardino

CASE NUMBER:
*(Número del Caso):*
**CIVVS 1203078**

14455 Civic Drive, Suite 100
Victorville, CA 92392

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Todd M. Friedman, 369 S. Doheny Dr., #415, Beverly Hills, CA 90211, 877-206-4741

DATE:              JUN 28 2012         Clerk, by   VANESKA DIEDERICH       , Deputy
*(Fecha)*                              *(Secretario)*                        *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL] (COPY)

1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

   **AFNI, Inc**

3. [X] on behalf of *(specify):*

   under: [✓] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*

4. [✓] by personal delivery on *(date):* 7/17/12

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Todd M. Friedman, Esq. SBN 216752<br>Law Offices of Todd M. Friedman<br>369 S. Doheny Dr. #415<br>Beverly Hills, CA 90211<br>TELEPHONE NO.: 877-206-4741   FAX NO.: 866-633-0228<br>ATTORNEY FOR (Name): Plaintiff, Cherlynn Keithley | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>VICTORVILLE DISTRICT<br><br>JUN 2 8 2012<br><br>BY _____<br>VANESKA DIEDERICH, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 14455 Civic Drive, Suite 100
MAILING ADDRESS:
CITY AND ZIP CODE: Victorville, CA 92392
BRANCH NAME: Victorville Courthouse

CASE NAME: Cherlynn Keithley v. AFNI, Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [ ] Unlimited  [✓] Limited<br>(Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CIVVS 1203078<br>JUDGE:<br>DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [✓] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [✓] monetary  b. [✓] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify): 2
5. This case [ ] is [✓] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: June 25, 2012

Todd M. Friedman
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

Cherlynn Keithley

Case No. CIVVS 1203078

vs.

CERTIFICATE OF ASSIGNMENT

AFNI, Inc.

A civil action or proceeding presented for filing must be accompanied by this certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the Victorville District of the Superior Court under Rule 404 of this court for the checked reason:

☐ General    ☐ Collection

| | Nature of Action | Ground |
|---|---|---|
| ☐ 1 | Adoption | Petitioner resides within the district. |
| ☐ 2 | Conservator | Petitioner or conservatee resides within the district. |
| ☐ 3 | Contract | Performance in the district is expressly provided for. |
| ☐ 4 | Equity | The cause of action arose within the district. |
| ☐ 5 | Eminent Domain | The property is located within the district. |
| ☐ 6 | Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ 7 | Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ 8 | Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ 9 | Mandate | The defendant functions wholly within the district. |
| ☐ 10 | Name Change | The petitioner resides within the district. |
| ☐ 11 | Personal Injury | The injury occurred within the district. |
| ☐ 12 | Personal Property | The property is located within the district. |
| ☐ 13 | Probate | Decedent resided or resides within the district or had property within the district. |
| ☐ 14 | Prohibition | The defendant functions wholly within the district. |
| ☐ 15 | Review | The defendant functions wholly within the district. |
| ☐ 16 | Title to Real Property | The property is located within the district. |
| ☐ 17 | Transferred Action | The lower court is located within the district. |
| ☐ 18 | Unlawful Detainer | The property is located within the district. |
| ☐ 19 | Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☒ 20 | Other RFDCPA | Plaintiff resides within the district |

☐ 21  THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT.

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designated district is:

| Cherlynn Keithley | | 10670 Christenson Road |
|---|---|---|
| (NAME - INDICATE TITLE OR OTHER QUALIFYING FACTOR) | | ADDRESS |
| Lucerne Valley | CA | 92356 |
| (CITY) | (STATE) | (ZIP CODE) |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on

June 25, 2012 at Beverly Hills, California

Signature of Attorney/Party

13-16693-360 Rev. 10/94                                                                 S8-16503

Superior Court of California - County of San Bernardino

WWW.SB-COURT.ORG
========================================================

CASE NUMBER: CIVVS1203078

## NOTICE OF ASSIGNMENT FOR ALL PURPOSES

Please take notice that this case has been assigned for hearing to the San Bernardino Superior Court, Civil division located at 303 W. 3rd st San Bernardino , Ca. 92415.

All documents shall be filed at the Victorville Superior Court located at 14455 Civic Drive, Ste., 100 Victorville Ca. 92392.

With the following Exception:
Documents that are filed less then 10 days prior to the hearing shall be filed in the San Bernardino Superior Court Civil Division located at 303 West 3rd., Street, San Bernardino Ca., 92415.

Date: 07/09/12                    Stephen H. Nash, Clerk of the Court

                                          By: VANESKA DIEDERICH

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

SUPERIOR COURT
SAN BERNARDINO CIVIL DIVISION          VICTORVILLE DISTRICT
303 WEST THIRD STREET                  14455 Civic Drive Ste 100
SAN BERNARDINO, CA  92415-0210         Victorville, CA 92392
                                                CASE NO: CIVVS1203078
http://www.sb-court.org
IN RE: KEITHLEY VS AFNI

NOTICE OF CASE ASSIGNMENT FOR ALL PURPOSES
NOTICE OF OSC:SERVICE OF SUMMONS AND COMPLAINT
NOTICE OF CASE MANAGEMENT CONFERENCE

TO THE PARTY SERVED:The dates below DO NOT increase the time you have
to respond to the Complaint filed against you as the time for your
response is stated on the "SUMMONS".

PLAINTIFF:PLEASE TAKE NOTICE, that the above entitled case has been
set for an Order to Show Cause why the case should not be dismissed
for failure to serve the Summons and Complaint and a Case Management
Conference. File your Case Management Statement with the court 15
calendar days prior to the hearing. Failure to appear may result in
monetary sanctions and/or dismissal of your case.

This Case is assigned to Department S33 for all purposes.
The OSC:SERVICE OF SUMMONS AND COMPLAINT is set for 11/01/12 at
 8:30 in Department S33
If "Proof of Service" of the Summons and Complaint has been filed 10
court days prior to the hearing, no appearance is required and the
hearing date will be vacated.

The Case Management Conference is set for 01/17/13 at  8:30
in Department S33.


                              Stephen H. Nash, Clerk of the Court
Date: 07/09/12                           By: VANESKA DIEDERICH
------------------------------------------------------------------
                       CERTIFICATE OF SERVICE
I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice by:
(✓) Enclosed in an envelope mailed to the interested party addressed
above, for collection and mailing this date, following ordinary
business practice.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
( ) A copy of this notice was given to the filing party at the
counter.
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

DATE OF MAILING: 07/09/12
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 07/09/12 at Victorville, CA  By: VANESKA DIEDERICH
notice: NCMCT1 action: cmc

 **CT Corporation**

**Service of Process Transmittal**
07/17/2012
CT Log Number 520877551

TO: Alicia Williams
Afni, Inc.
1310 Martin Luther King Dr.
Bloomington, IL 61701

RE: **Process Served in California**

FOR: Afni, Inc. (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Cherlynn Keithley, Pltf. vs. AFNI, Inc., Dft. |
| DOCUMENT(S) SERVED: | Summons, Cover Sheet, Complaint, Certificate, Notice(s) |
| COURT/AGENCY: | San Bernardino County - Superior Court - Victorville, CA<br>Case # CIVVS1203078 |
| NATURE OF ACTION: | Violation of Rosenthal Fair Debt Collection Practices Act |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 07/17/2012 at 16:16 |
| JURISDICTION SERVED: | California |
| APPEARANCE OR ANSWER DUE: | Within 30 days |
| ATTORNEY(S) / SENDER(S): | Todd M. Friedman<br>Law Offices of Todd M. Friedman<br>369 S. Doheny Dr., #415<br>Beverly Hills, CA 90211<br>877-206-4741 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 07/17/2012, Expected Purge Date: 07/22/2012<br>Image SOP<br>Email Notification, Alicia Williams aliciawilliams@afni.com<br>Email Notification, Debra Ciskey debraciskey@afni.com |
| SIGNED:<br>PER:<br>ADDRESS:<br>TELEPHONE: | C T Corporation System<br>Nancy Flores<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>213-337-4615 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# FEDERAL COURT PROOF OF SERVICE

CHERLYNN KEITHLEY V. AFNI, INC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 15, 2012, I served the following document(s): NOTICE OF REMOVAL

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Todd M. Friedman, Esq.
369 South Doheny Dr., Suite 415
Beverly Hills, Ca 90211
877-206-4741

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed on August 15, 2012, at Los Angeles, California.

*/s/ Rosa Roias*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4835-8717-8000.1

NOTICE OF REMOVAL