# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| **CHERLYNN KEITHLEY,** ) | Case No. 5:12-cv-01358-DDP-OP |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| **AFNI, INC.** ) | |
| ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 12th day of April, 2013.

*/s/ Dean D. Pregerson*

The Honorable Dean D. Pregerson

Order to Dismiss - 1